# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DIRECTV LLC,**

        Plaintiff,

        -vs-                                 Case No. 15-C-227

**JEFFREY R. CMEJLA and
JEFF'S SPORTS BAR LLC
d/b/a Jeff's Sports Bar
a/k/a Jeff's Sports Bar and Grill,**

        Defendants.

## DECISION AND ORDER

On March 25, 2016, the Court signed a text only order directing the parties to file damages briefs within 45 days. The plaintiff, DIRECTV, filed its brief on May 9. The defendants filed their brief one day later on May 10. DIRECTV objects, arguing that the defendants' filing is one day late. This argument fails to account for the three-day mailing rule. Fed. R. Civ. P. 6(d), 5(a)(1)(A), 5(b)(2)(E). Indeed in this case, while the order was signed on March 25, it was not entered on the docket until March 28.

DIRECTV also attempts to reserve its right to a reply brief, arguing that the defendants should not have been allowed an opportunity to respond to the arguments made in DIRECTV's brief. Yet nothing prevented either party from filing their briefs at any time during the 45-day time

frame. If, for example, the defendants filed their brief on April 20, the Court doubts that DIRECTV would have ignored the defendants' arguments. For now, the Court does not want any further briefing on this issue.

DIRECTV's objection [ECF No. 42] is **OVERRULED**, and the defendants' motion for an extension of time [ECF No. 43] is **DENIED** as moot.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2016.

**SO ORDERED:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**